No. 94–1015. GELLERT v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 94–1019. HERNANDEZ TORRES ET AL. v. NEGRON GAZTAMBIDE. C. A. 1st Cir. Certiorari denied.

No. 94–1020. MCLAUGHLIN v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 94–1022. MCDERMOTT INTERNATIONAL, INC. v. BEASLEY ET AL. Sup. Ct. La. Certiorari denied.

No. 94–1023. WOODCOCK v. JOURNAL PUBLISHING CO., INC., ET AL. Sup. Ct. Conn. Certiorari denied.

No. 94–1025. UNANUE-CASAL, AKA UNANUE v. GOYA FOODS, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1027. ANDERSON ET AL. v. DOUGLAS & LOMASON CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1034. LUCAS v. HAHN ET AL. Sup. Ct. Vt. Certiorari denied.

No. 94–1035. PATERSON MUNICIPAL UTILITIES AUTHORITY v. HACKENSACK WATER CO. ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–1036. JACKSON v. SUPREME COURT OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1037. HABERERN v. KAUPP VASCULAR SURGEONS LTD. DEFINED BENEFIT PENSION PLAN ET AL. C. A. 3d Cir. Certiorari denied.